

# Fourth Court of Appeals
## San Antonio, Texas

April 4, 2014

No. 04-14-00226-CV

**IN RE** Kevin Lee **GONZALES**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Catherine Stone, Chief Justice
                    Marialyn Barnard, Justice
                    Rebeca C. Martinez, Justice

On April 3, 2014, relator Kevin Lee Gonzales filed a petition for writ of mandamus and motion for emergency temporary relief pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Relator has the burden of providing this court with a record sufficient to establish his right to mandamus relief. *See* TEX. R. APP. P. 52.3(e), 52.7(a); *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (orig. proceeding). Accordingly, the petition for writ of mandamus and motion for emergency temporary relief are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on April 4th, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2011-CI-13231, styled *In the Matter of the Marriage of Sandra Marie Gonzales and Kevin Lee Gonzales and In the Interest of A.M.R.G. and N.G.L.G., Children*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel Jr. presiding.